UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRACEY LEE SMITH, | ) | CASE NO. 1:06CV1379 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| OFFICE OF GEAUGA COUNTY ENGINEER, et al., | ) ) | |
| Defendants. | ) | |

CHRISTOPHER A. BOYKO, J.:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and upon Plaintiff's acceptance of Defendants' Offer of Judgment (ECF DKT #9 & #10), judgment is entered in favor of Plaintiff, Tracey Lee Smith, and against Defendants, Office of Geauga County Engineer, et al, in the amount of Ten Thousand Dollars ($10,000.00), interest, and costs.

IT IS SO ORDERED.

DATE: 10/23/06

CHRISTOPHER A. BOYKO
United States District Judge